UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Arnold Johnson,  Case No. 08-CV-04717 (DWF/RLE)

        Plaintiff,

                                    **CERTIFICATE OF SERVICE**

vs.

Officer Derek Peters, Officer Jeremiah Lund,
Officer Louis Bunde, Officer Robb Schrom,
Sergeant Kelly Simondet, and the
St. Cloud Police Department,

        Defendants.

---

I hereby certify that on August 12, 2008 I caused the following documents:

**JOINT ANSWER OF DEFENDANTS**; and

**CERTIFICATE OF SERVICE**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    Kim Allen Pennington    pennlies@cloudnet.com
    Michael S. Gaarder        mgaarder@pennlies.com

DATED: 8-12-08

JARDINE, LOGAN & O'BRIEN, P.L.L.P.

By: _____
JOSEPH E. FLYNN (A.R.#165712)
Attorney for Defendants
8519 Eagle Point Boulevard, Suite 100
Lake Elmo, MN 55042-8624
(651) 290-6500