# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | | |
|---|---|---|---|
| Arnold Johnson, | ) | COURT MINUTES - CIVIL | |
| | ) | BEFORE: Raymond L. Erickson | |
| Plaintiff, | ) | Chief U.S. Magistrate Judge | |
| | ) | | |
| vs. | ) | Case No: | Civ. No. 08-4717 (DWF/RLE) |
| | ) | Date: | November 9, 2009 |
| Officer Derek Peters, et al., | ) | Court Reporter: | Digital Recording |
| | ) | Time Commenced: | 10:00 a.m. |
| Defendants. | ) | Time Concluded: | 1:30 p.m. |
| | ) | Time in Court: | 3 Hours & 30 Minutes |

Hearing on: **Settlement Conference**

APPEARANCES:

    Plaintiff:    Michael S. Gaarder
    Defendant:    Joseph E. Flynn

PROCEEDINGS:

    ☒  Settlement reached. Terms stated on the record.

s/Victoria L. Miller<br/>Judicial Assistant