UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Arnold Johnson,                                             Civil No. 08-4717 (DWF/RLE)

          Plaintiff,

v.                                                          **ORDER FOR DISMISSAL
                                                            WITH PREJUDICE**

St. Cloud Police Department,

          Defendant.

---

Kim Allen Pennington, Esq., and Michael S. Gaarder, Esq., Pennington & Lies, PA, counsel for Plaintiff.

Joseph E. Flynn, Esq., and Jessica E. Schwie, Esq., Jardine Logan & O'Brien PLLP, counsel for Defendants.

---

    The parties' Stipulation for Partial Dismissal With Prejudice (Doc. No. 47) having been presented to the Court on behalf of the above parties,

    **IT IS HEREBY ORDERED** that the above-entitled action is hereby **DISMISSED WITH PREJUDICE** and on its merits and without costs, disbursements, or attorney fees to any party.

    **LET JUDGMENT BE ENTERED ACCORDINGLY**.


Dated:  December 8, 2009           s/Donovan W. Frank
                                   DONOVAN W. FRANK
                                   United States District Judge